©UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
LISA R. FRENCH
    Debtor

CASE NO.: 18-22484-SVK

CHAPTER 7

## TRUSTEE'S SECOND STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Intent to Abandon Property of the Estate, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the trustee hereby abandons the Estate's interest in the following property:

- **2016 Lincoln Cadillac:** has a Scheduled Value of $39,000.00, an Exemption of $2,891.08, and there is a Lien Value of $36,108.92.

- **Cash**: has a Scheduled Value of $50.00, and a Trustee's Value of $50.00 and the **Deposits of Money in Educators Credit Union** has a Scheduled Value of $479.91 and a Trustee's Value of $479.91 in one account and a Scheduled Value of $256.77 and a Trustee's Value of $256.77 in another account. These funds are of inconsequential value to the Estate.

- **ProEquities mutual funds - ¼ tenant in common interest**: has a Scheduled Value of $23,227.48 and an Exemption Value of $12,700.00, leaving a Trustee's Value of $10,527.48. Per the debtor's accountant, there is an anticipated capital gains tax of $1,579.11. The cooperation of the debtor in the sale of the stocks and taking care of the capital gains tax warrants the abandonment of the $1,579.11. **I, the Trustee, am not abandoning the $8,948.36 that was deposited into the bank account of the Estate. I, the Trustee, am only abandoning the anticipated capital gains tax of $1,579.11.**

Dated in Waterford, Wisconsin this 14th day of November 2018.

_____
Michael F Dubis, Trustee

Michael F. Dubis, Trustee
208 E Main Street
Waterford, WI 53185
262-534-6950
262-534-7367 FAX
mdubis@tds.net