UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
FRENCH, LISA                                   CASE NO. 18-22484-KMP

         Debtor.                                CHAPTER 7

## ORDER ALLOWING ADMINISTRATIVE CLAIMS

Upon the motion of <u>Michael F. Dubis</u>, Trustee herein, administrative claims are hereby allowed in the amounts shown:

| Claimant | Total Being Requested | Interim Already Paid* | Total Allowed |
|---|---|---|---|
| Michael F. Dubis, Trustee Compensation | $1,644.84 | $0.00 | $1,644.84 |
| Michael F. Dubis, Trustee Expenses | $3.75 | $0.00 | $3.75 |
| Total | $1,648.59 | $0.00 | $1,648.59 |

<u>* Or amount being held as a retainer by an attorney.</u>
<u>All fees and expenses allowed except as note above.</u>

#####